UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIUS MARCIUC, | Case No. 13-cv-03420-JST |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| VELOCITY EXPRESS, LLC, et al., | |
| Defendants. | |

In light of the Court's order in *Flores v. Velocity Express, LLC*, No. 12-cv-05790-JST, ECF No. 345, the parties in this case are ordered to show cause by April 24, 2019, why this case should not be dismissed with prejudice. If the Court does not receive a response by that date, it will dismiss the case with prejudice.

**IT IS SO ORDERED.**

Dated: April 17, 2019



JON S. TIGAR
United States District Judge