# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIUS MARCIUC,<br><br>    Plaintiff,<br><br>v.<br><br>VELOCITY EXPRESS, LLC, et al.,<br><br>    Defendants. | Case No. 13-cv-03420-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 37 |

Pursuant to the Court's prior order to show cause, ECF No. 37, the Court hereby dismisses this case with prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2019



JON S. TIGAR
United States District Judge